```
              UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW JERSEY
```

| | |
|---|---|
| DENISE DONLON<br><br>      Plaintiff,<br><br>  v.<br><br>GLUCK GROUP, LLC, et al.,<br><br>      Defendants. | HONORABLE JOSEPH E. IRENAS<br><br>CIVIL ACTION NO. 09-5379<br>(JEI/KMW)<br><br>**ORDER GRANTING DEFENDANTS CIAVOLLELA-BURGOS, ESTATE OF DEBRA LANG AND GLUCK GROUP'S MOTIONS FOR SUMMARY JUDGMENT (Dkt. No. 58-59) AND DENYING AMERICAN REDI-BILT'S MOTION FOR SUMMARY JUDGMENT (Dkt. No. 60)** |

**APPEARANCES:**

ROSSI, BARRY, CORRADO & GRASSI, PC
Stephen William Barry
Christine Cote'
2700 Pacific Avenue
Wildwood, NJ 08260
    Counsel for Plaintiff

KENNEDY CAMPBELL LIPSKI & DOCHNEY
Michael L. Simonini
303 Lippincot Drive
Building B
Suite 310
Marlton, NJ 08053
    Counsel for Defendant Gluck Group

KENT & MCBRIDE, PC
Stephen V. McHugh
Denis P. McBride
1040 Kings Highway North
Suite 600
Cherry Hill, NJ 08034
    Counsel for Defendant Patricia Ciavolella-Burgos and Estate of Debra Elizabeth Lang

WILSON ELSER MOSKOWITZ EDELMAN & DICKER
Jessica Leigh Brennan
200 Campus Drive
Florham Park, NJ 07932

      AND
WILSON ELSER MOSKOWITZ EDELMAN & DICKER
Kelly A. Waters
33 Washington Street
18th Floor
Newark, NJ 17102
      Counsel for Defendant American Redi-Bilt, Inc.

**IRENAS**, Senior District Judge:

This matter having appeared before the Court upon Defendants Patricia Ciavolella-Burgos, Estate of Debra Lang, Gluck Group and American Redi-Bilt, Inc.'s Motions for Summary Judgment (Dkt. No. 58-60), the Court having considered the submissions of the parties, for the reasons set forth in an Opinion issued by this Court on even date herewith, and for good cause appearing;

**IT IS** on this  2nd  day of December, 2011,

**ORDERED THAT:**

(1) The Motions for Summary Judgment of Patricia Ciavolella-Burgos, Estate of Debra Lang, Gluck Group is hereby **GRANTED**.

(2) American Redi-Bilt's Motion for Summary Judgment is hereby **DENIED**.

                             /s/ Joseph E. Irenas
                             JOSEPH E. IRENAS, S.U.S.D.J.